# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JB AT RIVER NORTH, LLC et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 2020 L 8099 |
| ) | |
| STARR SURPLUS LINES INSURANCE ) | |
| COMPANY et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

PLEASE TAKE NOTICE that, on September 1, 2020, Defendant, Starr Surplus Lines Insurance Company, filed a Petition for Removal pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446(a) removing the above-captioned action from the Circuit Court of Cook County, Illinois, County Department, Law Division. A true and correct copy of the Petition of Removal is attached hereto as **Exhibit A**.

Upon the filing of the Petition for Removal with the Clerk of the United States District Court for the Northern District of Illinois, and filing copies thereof with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, Defendants effected removal, and this Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

_[signature]_

_____
Michael L. Foran

John P. Eggum
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
mforan@fgppr.com
jeggum@fgppr.com

*Attorneys for Defendant*
*Starr Surplus Lines Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing Notice with the Clerk of the Circuit Court of Cook County using the eFileIL system and e-mailed the foregoing Notice of Filing Notice of Removal to the following attorneys at their respective e-mail addresses:

| | |
|---|---|
| John H. Mathias, Jr. | Jeremy M. Creelan |
| David M. Kroeger | JENNER & BLOCK LLP |
| Gabriel K. Gillett | 919 Third Avenue, 38th Floor |
| Megan B. Poetzel | New York, New York 10022 |
| Precious S. Jacobs | jcreelan@jenner.com |
| Joshua M. Levin | |
| JENNER & BLOCK LLP | |
| 353 North Clark Street | |
| Chicago, Illinois 60654 | |
| jmathias@jenner.com | |

_____
Michael L. Foran