UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JB AT RIVER NORTH, LLC et al.,        ) | |
| ) | |
|     Plaintiffs,       ) | Case No. 1:20-cv-05140 |
| v.       ) | |
| ) | Judge Robert M. Dow |
| STARR SURPLUS LINES INSURANCE     ) | |
| COMPANY et al.,       ) | |
| ) | |
|     Defendants.       ) | |

**MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Defendant, Starr Surplus Lines Insurance Company ("Starr"), by and through its attorneys, Foran Glennon Palandech Ponzi & Rudloff PC, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that this Honorable Court enter an order dismissing the Complaint of JB At River North, LLC ("JB") against Starr. In support thereof, Starr states as follows:

JB attempts to plead causes of action against Starr, arising out of governmental orders issued as a result of the COVID-19 pandemic, for declaratory judgment, breach of contract and unjust enrichment.

As more fully set forth in the Memorandum of Law filed in Support of this Motion to Dismiss, JB's claims for declaratory judgment and breach of contract must be dismissed because JB fails to bring those claims within the coverage of the insurance policy between it and Starr and because, even if found to be within the coverage afforded by the Starr policy, such claims are not covered because the policy excludes losses caused by or resulting from a virus.

Also, as more fully set forth in the Memorandum of Law filed in Support of this Motion to Dismiss, JB's claim for unjust enrichment cannot stand because the relationship between JB and Starr is governed by a contract of insurance.

WHEREFORE, Defendant, Starr Surplus Lines Insurance Company, hereby respectfully requests that this Honorable Court enter an order dismissing JB's Complaint, with prejudice, for failure to state a claim, and for its costs and such other and further relief as the Court deems equitable and just.

Date:  September 8, 2020

Respectfully submitted,

/s/ Michael L. Foran
Michael L. Foran
John Eggum
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel:  312-863-5000
Email:  mforan@fgppr.com
Email:  jeggum@fgppr.com

*Attorneys for STARR SURPLUS LINES INSURANCE COMPANY*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 8, 2020, a copy of the foregoing document was served via the Court's electronic notification system, CM/ECF, on all counsel of record.

                        Respectfully submitted,

                        /s/ Michael L. Foran
                        Michael L. Foran