## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 20-5140 |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al. | ) ) ) | Honorable Judge Robert M. Dow Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) | |

### NOTICE OF FILING

To:  Attorneys of Record
*(See Attached Affidavit of Mailing)*

YOU ARE HEREBY NOTIFIED that on **September 11, 2020**, we electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division, **JOINDER IN MOTION TO SEVER,** a copy of which has been electronically served upon you.

By:     /s/ Michael D. Sanders
                 Michael D. Sanders

Thomas B. Underwood (#3122933)
Michael D. Sanders (##6230187)
Michelle A. Miner (#6299524)
Amy E. Frantz (#6312526)
PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Tel: (312) 427-3900
Fax: (312) 427-3944
TBU@pw-law.com
MDS@pw-law.com
AFrantz@pw-law.com
MMiner@pw-law.com

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, a non-attorney, first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents electronically referenced herein to all attorneys of record, at their listed addresses, on **September 11, 2020.**


_____/s/ Sarah N. Johnson_____

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**

**ATTORNEYS FOR PLAINTIFFS:**
John H. Mathias , Jr.
David M. Kroeger
Gabriel Gillett
Joshua M. Levin
Megan B. Poetzel
Precious S. Jacobs
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
JMathias@Jenner.com
DKroeger@Jenner.com
GGillett@Jenner.com
JLevin@Jenner.com
MPoetzel@Jenner.com
Precious.Jacobs@NYU.edu

**ATTORNEYS FOR EMPLOYERS INSURANCE COMPANY OF WAUSAU:**
**ATTORNEYS FOR OHIO SECURITY INSURANCE COMPANY:**
Jonathan K. Barger
Kenneth C. Schirle
BUTLER WEIHMULLER KATZ CRAIG LLP
115 S. LaSalle St., Suite 3200
Chicago, IL 60603
Tel: (312) 462-9200
JBarger@Butler.Legal
CSchirle@Butler.Legal

**ATTORNEYS FOR AFFILIATED FM INSURANCE COMPANY:**
Maureen L Rurka
Katherine D. Hundt
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
MRurka@Winston.com
KHundt@Winston.com

**ATTORNEYS FOR ARGONAUT GREAT CENTRAL INSURANCE COMPANY:**
William K. McVisk
Kathleen M Hart
TRESSLER LLP
233 South Wacker, 22nd Floor
Chicago, IL 60606
Tel: (312) 627-4045
WMcVisk@TresslerLLP.com
KHart@TresslerLLP.com

**ATTORNEYS FOR BADGER MUTUAL INSURANCE COMPANY:**
Michael D Hayes
Scott J. Helfand
Kayla E. Foley
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Tel: (312) 655-1500
Michael.Hayes@HuschBlackwell.com
Scott.Helfand@HuschBlackwell.com
Kayla.Foley@HuschBlackwell.com

**ATTORNEYS FOR THE CHARTER OAK FIRE INSURANCE COMPANY:**
**ATTORNEYS FOR VIGILANT INSURANCE COMPANY:**
Matthew S. Ponzi
Thomas B. Orlando
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle St., Suite 1400
Chicago, IL 60601
Tel: (312) 863-5000
MPonzi@FGPPR.com
TOrlando@FGPPR.com

**ATTORNEYS FOR THE CINCINNATI INSURANCE COMPANY:**
Brian M. Reid
Michael P. Baniak
LITCHFIELD CAVO
303 W. Madison St., Suite 300
Chicago, IL 60606
Tel: (312) 781-6677
Reid@LitchfieldCavo.com
Baniak@LitchfieldCavo.com

**ATTORNEYS FOR CITIZENS INSURANCE COMPANY OF AMERICA:**
Jennifer Lynn Smith
Todd S. Schenk
TRESSLER LLP
233 South Wacker, 22nd Floor
Chicago, IL 60606
Tel: (312) 627-4209
JSmith@TresslerLLP.com
TSchenk@TresslerLLP.com

**ATTORNEYS FOR HARTFORD FIRE INSURANCE COMPANY:**
**ATTORNEYS FOR SENTINEL INSURANCE COMPANY LIMITED :**
**ATTORNEYS FOR TWIN CITY FIRE INSURANCE COMPANY:**
Anthony J. Anscombe
Darlene K. Alt
Mary E. Buckley
STEPTOE & JOHNSON LLP
227 W. Monroe St., Suite 4700
Chicago, IL 60606
Tel: (312) 577-1300
AAnscombe@Steptoe.com
DAlt@Steptoe.com
MBuckley@Steptoe.com

**ATTORNEYS FOR ILLINOIS CASUALTY COMPANY:**
**ATTORNEYS FOR SECURA SUPREME INSURANCE COMPANY:**
Jonathan L . Schwartz
Lawrence D. Mason
GOLDBERG SEGALLA LLP
222 W. Adams St., Suite 2250
Chicago, IL 60606
Tel: (312) 572-8411
JSchwartz@GoldbergSegalla.com
LMason@GoldbergSegalla.com

**ATTORNEYS FOR NORTH AMERICAN ELITE INSURANCE COMPANY:**
Emily Danya Gilman
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: (312) 368-7274
Emily.Gilman@DLAPiper.com

**ATTORNEYS FOR SPECIALTY RISK OF AMERICA:**
James P. DuChateau
HEPLER BROOM, LLC
30 North LaSalle St., Suite 2900
Chicago, IL 60602
Tel: (312) 230-9100
James.DuChateau@HeplerBroom.com

**ATTORNEYS FOR STARR SURPLUS LINES INSURANCE COMPANY:**
Johnn Eggum
Michael L. Foran
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle St., Suite 1400
Chicago, IL 60601
Tel: (312) 863-5000
JEggum@FGPPR.com
MForan@FGPPR.com

**ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY:**
Alexander W. Ross
Eileen K. Bower
Jared K. Clapper
CLYDE & CO.
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Tel: (312) 635-7000
Alex.Ross@ClydeCo.US
Eileen.Bower@ClydeCo.US
Jared.Clapper@ClyldeCo.US