UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERTAIN YOU ENTERPRISES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al., <br><br> Defendants. | Case No. 1:20-cv-5140 <br><br> Hon. Robert M. Dow, Jr. <br> Hon. Magistrate Sheila M. Finnegan <br><br> Removed from Circuit Court of Cook County <br> Case No. 2020-L-8099 |

### DEFENDANT OHIO SECURITY INSURANCE COMPANY'S MOTION TO JOIN EMPLOYERS INSURANCE COMPANY OF WAUSAU'S MOTION TO SEVER

Defendant, Ohio Security Insurance Company ("Ohio Security"), by and through its attorneys, moves to join the motion to sever filed by Employers Insurance Company of Wausau ("Employers") and asks that this Court sever the claims brought against it by each of its Plaintiff-insureds into separate actions. In support of its motion, Ohio Security states as follows:

On July 30, 2020, Plaintiffs filed their Complaint in the Circuit Court of Cook County, Illinois. (See DE 1-1, incorporated herein by reference, referred to herein as the "Complaint".)

The Complaint alleges that Ohio Security issued an insurance policy to three of the Plaintiff businesses: (1) Second Venture LLC d/b/a L3 Hospitality ("L3 Hospitality"); (2) Hubbard House Restaurant, LLC ("Hubbard Inn"); and (3) Fast Sandwich Holdings,

Inc. ("Fast Sandwich"). Complaint at ¶¶ 207, 234, 295. There are no allegations that either L3 Hospitality, Hubbard Inn, or Fast Sandwich were insured by any other Defendant. There are no allegations that Ohio Security insured any other Plaintiff. The insurance policies issued by Ohio Security to L3 Hospitality, Hubbard Inn, and Fast Sandwich are separate and distinct from each other and every other insurance policy alleged in the Complaint. *Id.*

Ohio Security joins in and adopts the arguments raised in Employers' motion to sever. Accordingly, this Court should sever the claims brought by L3 Hospitality, Hubbard Inn, and Fast Sandwich into separate lawsuits by each of these three Plaintiffs against Ohio Security.

WHEREFORE, Defendant, Ohio Security Insurance Company, respectfully requests that this Court enter an order severing the claims brought against it by Plaintiffs, Second Venture LLC d/b/a L3 Hospitality, Hubbard House Restaurant, LLC, and Fast Sandwich Holdings, Inc. into three separate lawsuits with a single Plaintiff-insured against Ohio Security in each such lawsuit and for such other relief as this Court may deems fair and equitable under the circumstances.

Dated: September 14, 2020

/s/ K. Clark Schirle
By: K. Clark Schirle (ARDC No. 6199270)
*cschirle@butler.legal*
Jonathan K. Barger (ARCD No. 6277079)
*jbarger@butler.legal*
BUTLER WEIHMULLER KATZ CRAIG LLP
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 462-9200
*Attorneys for Ohio Security Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, a copy of foregoing **DEFENDANT OHIO SECURITY INSURANCE COMPANY'S MOTION TO JOIN EMPLOYERS INSURANCE COMPANY OF WAUSAU'S MOTION TO SEVER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF system.

                         Butler Weihmuller Katz Craig LLP

                         By:   */s/ K. Clark Schirle*
                                Attorneys for Defendant, *Ohio Security Insurance Company*

K. Clark Schirle
Jonathan K. Barger
BUTLER WEIHMULLER KATZ CRAIG LLP
115 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 462-9200
*cschirle@butler.legal*
*jbarger@butler.legal*