IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC, et al., <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al., <br><br> *Defendants.* | Case No. 1:20-cv-05140 <br><br> Honorable Robert M. Dow Jr. |

## STATUS REPORT

Pursuant to the Court's Minute Entry on September 9, 2020 (Dkt. 100), the parties have met and conferred with the goal of submitting an agreed briefing schedule for pending motions to transfer (Dkt. 7), motions to sever (Dkts. 19, 67), motions to dismiss (Dkts. 55, 72), and Plaintiffs' forthcoming motion to remand.

As reflected below, Plaintiffs and 11 Defendants have been able to reach agreement on a proposed schedule for briefing the pending and/or forthcoming motions to sever and Plaintiffs' forthcoming motion to remand. Two Defendants do not agree to that proposed schedule, and 6 Defendants affirmatively take no position.

As reflected below, Plaintiffs and 13 Defendants have agreed on a proposed schedule for briefing the pending motion to transfer and motions to dismiss. Six Defendants affirmatively take no position.

Briefing on Plaintiffs' Forthcoming Motion to Remand / Defendants' Pending and/or Forthcoming Motions to Sever

Plaintiffs and Defendants Zurich American Insurance Company, Secura Supreme Insurance Company, Citizens Insurance Company of America, Society Insurance, Employers Insurance Company of Wausau, Ohio Security Insurance Company, Affiliated FM Insurance Company, Badger Mutual Insurance Company, Charter Oak Fire Insurance Company, Cincinnati Insurance Company, Vigilant Insurance Company agree as follows:

- September 15: All Defendants that wish to move to sever shall file their motions or joinders.
- September 18: Plaintiffs file motion to remand and file a separate opposition to the motions to sever.
  - o Plaintiffs request permission to file a memorandum of law in support of their motion to remand of up to 25 pages. Defendants noted above do not oppose Plaintiffs' request.

1

- October 9: Defendants file joint opposition to motion to remand, and a separate joint reply in support of motions to sever.
    - Defendants request permission to file a joint opposition to Plaintiffs' motion to remand of up to 25 pages. Plaintiffs do not oppose Defendants' request.
    - Defendants request permission to file a joint reply in support of their motions to sever of up to 15 pages. Plaintiffs do not oppose Defendants' request.
    - Defendants reserve the right to file separate oppositions and replies if they believe it is warranted and non-duplicative.
    - Any separate opposition or reply shall only address issues not covered in Defendants' joint opposition or reply, and shall be limited to 5 pages.
  - October 16: Plaintiffs file reply in support of motion to remand.
    - Plaintiffs reserve the right to seek additional pages for their reply, depending on the number and length of Defendants' submissions.

The following 8 Defendants do not agree to the proposed schedule above.
  - Defendants Argonaut Great Central Insurance Company, Illinois Casualty Company, Hartford Fire Insurance Company, Twin City Fire Insurance Company, Sentinel Insurance Company and Specialty Risk of America take no position on the pending or forthcoming motions.
  - Defendant Starr Surplus Lines Insurance Company agrees that if Plaintiffs file a motion to remand by September 18, Starr will file its own opposition on or before October 9. Starr reserves the right to file a motion to sever at a later date.
  - Defendant North American Elite Insurance Company ("NAEIC") agrees with the proposed schedule dates. In addition, NAEIC will file its motion to sever and motion to dismiss pursuant to *forum non conveniens* on September 18, with a memorandum of law of up to 25 pages, as set forth in the Court's Minute Entry on September 9, 2020 (Dkt. 100). On October 9, NAEIC will join the opposition to motion to remand or file a separate opposition, as outlined above, and Plaintiff will file its opposition to NAEIC's motion to sever and dismiss pursuant to *forum non conveniens*. On October 16, NAEIC will file its reply in support of motion to sever and dismiss pursuant to *forum non conveniens*.

Briefing on Pending Motion to Transfer

Plaintiffs and Defendant Starr agree that briefing on Starr's pending motion to transfer (Dkt. 7) should proceed as follows:

- Plaintiff's response to motion to transfer: due by no later than 14 days after the Court's ruling on the motion to remand
- Starr's reply in support of the motion to transfer: due by no later than 7 days after Plaintiffs' opposition is filed.

All other Defendants take no position on the briefing on Starr's motion to transfer.

Briefing on Pending Motions to Dismiss

As set forth in the Court's Minute Entry on September 9, 2020 (Dkt. 100), the motions to dismiss [55, 72] are entered and continued generally.

Dated: September 14, 2020                    Respectfully submitted,

                                                              **JENNER & BLOCK LLP**

                                                              BY:  */s/ John H. Mathias Jr.*
John H. Mathias Jr.
David M. Kroeger
Gabriel K. Gillett
Megan B. Poetzel
Precious S. Jacobs
Joshua M. Levin
JENNER & BLOCK LLP (Firm No. 05003)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-923-2917
Email: jmathias@jenner.com
Email: ggillett@jenner.com


Jeremy M. Creelan (*Pro Hac Vice* forthcoming)
JENNER & BLOCK LLP (Firm No. 05003)
919 Third Ave., 38th Floor
New York, NY 10022
Telephone:  212-891-1678
Email: jcreelan@jenner.com


*Counsel for Plaintiffs*