**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC, et al., <br><br> *Plaintiffs,* <br><br> vs. <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al., <br><br> *Defendants.* | Case No. 1:20-cv-05140 <br><br> Honorable Robert M. Dow Jr. <br><br><br> Removed from the Circuit Court of Cook County Case No. 2020 L 8099 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and Local Rule 3.2, Plaintiffs, by and through their undersigned attorneys, provide the following disclosures:

- Plaintiff 12 W. Elm LLC d/b/a Sparrow ("Sparrow") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Sparrow's stock.

- Plaintiff 2263 N. Lincoln Corp. d/b/a The Dime ("The Dime") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of The Dime's stock.

- Plaintiff Bangers & Lace Chicago LLC d/b/a Bangers & Lace ("Bangers & Lace Chicago") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Bangers & Lace Chicago's stock.

- Plaintiff Bangers & Lace Evanston, LLC d/b/a Bangers & Lace ("Bangers & Lace") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Bangers & Lace's stock.

- Plaintiff Bangers & Lace Roscoe Village LLC d/b/a Kite String Cantina ("Kite String Cantina") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Kite String Cantina's stock.

- Plaintiff BarnBQ LLC d/b/a Old Grounds Social ("Old Grounds Social") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Old Grounds Social's stock.

- Plaintiff Bucktown Dysfunctional Pub, Inc. d/b/a Bucktown Dysfunctional Pub ("Bucktown Dysfunctional Pub") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Bucktown Dysfunctional Pub's stock.

- Plaintiff Chicago Academy of Sciences/Peggy Notebaert Nature Museum ("Peggy Notebaert Nature Museum") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Peggy Notebaert Nature Museum's stock.

- Plaintiff Chicago Scoops LLC ("Chicago Scoops") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Chicago Scoops' stock.

- Plaintiff DB State LLC d/b/a Dough Bros ("Dough Bros") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Dough Bros' stock.

- Plaintiff DDMB 2 LLC d/b/a Emporium Arcade Bar ("Emporium Logan Square") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Emporium Logan Square's stock.

- Plaintiff DDMB Inc. d/b/a Emporium Arcade Bar ("Emporium Wicker Park") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Emporium Wicker Park's stock.

- Plaintiff Division Street Café LLC d/b/a Little Victories ("Little Victories") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Little Victories' stock.

- Plaintiff DuSable Museum of African American History, Inc. ("DuSable Museum of African American History" or "DuSable Museum") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of DuSable Museum's stock

- Plaintiff Epic Burger, Inc. ("Epic Burger") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Epic Burger's stock.

- Plaintiff Fast Sandwich Holdings Inc. ("Fast Sandwich") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Fast Sandwich's stock.

- Plaintiff Fulton Peoria Partners LLC d/b/a Emporium Arcade Bar ("Emporium Fulton Market") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Emporium Fulton Market's stock.

- Plaintiff G Dock, LLC d/b/a Harbor Chicago ("Harbor Chicago") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Harbor Chicago's stock.

- Plaintiff GC Bloomingdale, LLC ("GC Bloomingdale") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of GC Bloomingdale's stock.

- Plaintiff Gibsons L.L.C.'s sole member is Restaurant Holdings L.L.C., whose parent is 1028 N. Rush St. Corp. Neither Restaurant Holdings L.L.C. nor 1028 N. Rush St. Corp. have publicly held affiliates, and no publicly held company owns 5 percent or more of Restaurant Holdings L.L.C. or 1028 N. Rush St. Corp.'s stock.

- Plaintiff Golden Five, Inc. ("Golden Five") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Golden Five's stock.

- Plaintiff Hot Asian Buns, LLC d/b/a Wow Bao ("Wow Bao") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Wow Bao's stock.

- Plaintiff Hubbard House Restaurant LLC d/b/a Hubbard Inn ("Hubbard Inn") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Hubbard Inn's stock.

- Plaintiff Hubbard Steak, LLC d/b/a Joy District ("Joy District") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Joy District's stock.

- Plaintiff JB at River North d/b/a Old Crow Smokehouse ("Old Crow Smokehouse"), hereinafter referred to as "Third Coast Hospitality" has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Third Coast Hospitality's stock.

- Plaintiff JK Shield LLC d/b/a Smyth & The Loyalist ("Smyth & The Loyalist") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Smyth & The Loyalist's stock.

- Plaintiff Jo-Kim Lounge Corp. d/b/a Happy's Bamboo Bar and Lounge ("Happy's Bamboo Bar") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Happy's Bamboo Bar's stock.

- Plaintiff Lettuce You Enterprises, Inc. ("Lettuce Entertain You") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Lettuce Entertain You's stock.

- Plaintiff Logan Square Tavern LLC d/b/a Spilt Milk ("Spilt Milk") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Spilt Milk's stock.

- Plaintiff Mac Parent LLC ("Mac Parent") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Mac Parent's stock.

- Plaintiff Manny's Coffee Shop, Inc. d/b/a Manny's Cafeteria & Delicatessen ("Manny's") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Manny's' stock.

- Plaintiff NAS Restaurant Group, Inc. d/b/a Mixed Greens ("Mixed Greens") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Mixed Greens' stock.

- Plaintiff Noodles & Company has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Noodles & Company's stock.

- Plaintiff Primos LLC d/b/a HVAC ("HVAC Pub") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of HVAC Pub's stock.

- Plaintiff R.F.R., Inc. d/b/a Golden Corral Restaurant ("RFR) has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of RFR's stock.

- Plaintiff Roti Restaurants, Inc. ("Roti") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Roti's stock.

- Plaintiff RPDC Illinois LLC d/b/a Robert's Pizza and Dough ("Robert's Pizza") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Robert's Pizza's stock.

- Plaintiff San Benedetto, LLC d/b/a Juliet's ("Juliet's") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Juliet's' stock.

- Plaintiff Sardharia Brothers, Inc. d/b/a Tandoor Char House ("Tandoor Char House") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Tandoor Char House's stock.

- Plaintiff Second Venture LLC d/b/a L3 Hospitality Group ("L3 Hospitality") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of L3 Hospitality's stock.

- Plaintiff Urban Plates LLC ("Urban Plates") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Urban Plates' stock.

- Plaintiff Well Done Hospitality Group (the "Well Done Hospitality Group or "Well Done") has no parent corporation, no publicly held affiliates, and no publicly held company owns 5 percent or more of Well Done's stock.

*/s/ John H. Mathias Jr.*
John H. Mathias Jr.
David M. Kroeger
Gabriel K. Gillett
Megan B. Poetzel
Precious S. Jacobs
Joshua M. Levin
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312-923-2917
Email: jmathias@jenner.com

*Counsel for Plaintiffs*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed via the Court's electronic filing system on this 18th day of September, 2020, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

*/s/ John H. Mathias Jr.*

6