**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU, et al.,<br><br>*Defendants.* | Case No. 1:20-cv-05140<br><br>Honorable Robert M. Dow Jr.<br><br><br><br>Removed from the Circuit Court of Cook County Case No. 2020 L 8099 |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiffs, by and through their undersigned attorneys, respectfully move for leave to file instanter Plaintiffs' Reply in Support of their Motion to Remand ("Reply") in excess of 15 pages. The Reply, filed contemporaneously with this motion, is 28 pages. In support of this motion, Plaintiffs state as follows:

1.      Plaintiffs have worked diligently to prepare a Reply that presents the issues and arguments efficiently. Despite their best efforts, Plaintiffs required additional pages to address the many issues raised by Defendants' multiple submissions.

2.      Plaintiffs foresaw the potential need for additional pages for their Reply. For that reason, in the parties' September 14, 2020 Status Report setting forth the proposed agreed briefing schedule for Plaintiffs' motion to remand and other pending motions, Plaintiffs expressly reserved the right to seek additional pages for their Reply "depending on the number and length of Defendants' submissions." (Dkt. 120.)

3.      On September 15, 2020, the Court issued a case management order adopting the parties' proposed briefing schedule. (Dkt. 128.) The Court's order states that Plaintiffs "may seek

additional pages for their reply, depending on the number and length of Defendants' submissions." (*Id.*)

4.      On September 18, 2020, Plaintiffs filed their Motion to Remand (Dkt. 132) and Opposition to Defendants' Motions to Sever (Dkt. 133).

5.      In opposition to Plaintiffs' Motion to Remand, Defendants filed 47 pages of briefing across five different submissions. (*See* Dkt. 138 (12 pages); Dkt. 139 (25 pages); Dkt. 144 (3 pages); Dkt. 145 (5 pages); Dkt. 148 (2 pages).))

6.      Certain Defendants' Joint Opposition In Response to Plaintiffs' Motion to Remand (Dkt. 139) expressly incorporates by reference Certain Insurers' Reply In Support Of Their Motions To Sever. (Dkt. 140). Specifically, Defendants' Joint Opposition states: "Defendants will address Plaintiffs' arguments as to why joinder was proper in their joint reply in further support of their Motions to Sever. This will also include a discussion of Plaintiffs' arguments regarding the 'just terms' standard." (Dkt. 139 at 21.) Defendants did not include substantive argument on these issues in their Joint Opposition to Plaintiffs' Motion to Remand. (*Id.* at 21–22.)

7.      Defendants' Reply in Support of their Motions to Sever is 15 pages. (Dkt. 140.)

8.      In addition, two Defendants filed separate replies in support of severance, totaling 8 pages, that also addressed arguments raised in Plaintiffs' Motion to Remand. (*Compare* Dkt. 132 at 7, 11 *with* Dkt. 142; Dkt. 150.)

9.      In total, Defendants filed 8 briefs totaling 70 pages on or related to issues raised in Plaintiffs' motion to remand.

10.      To sufficiently respond to those arguments and briefs, Plaintiffs required 28 pages for their Reply. Plaintiffs believe the additional pages are necessary to develop and explain the reasons why remand is appropriate.

11.    On October 15, 2020, Counsel for Plaintiffs contacted counsel for Defendants to ascertain whether any Defendant opposed Plaintiffs' motion for leave to file a reply brief in support of Plaintiffs' motion to remand of up to 30 pages.

12.    As of the filing of this motion, no Defendant has expressed opposition to Plaintiffs' motion for leave.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file instanter their Reply in Support of their Motion to Remand in excess of 15 pages.


Dated: October 16, 2020                         Respectfully Submitted,

                                                By: /s/ *John H. Mathias, Jr.*

                                                John H. Mathias Jr.
                                                David M. Kroeger
                                                Gabriel K. Gillett
                                                Megan B. Poetzel
                                                Precious S. Jacobs
                                                Joshua M. Levin
                                                JENNER & BLOCK LLP
                                                353 N. Clark Street
                                                Chicago, IL 60654-3456
                                                Tel: 312-923-2917
                                                Email: jmathias@jenner.com

                                                *Counsel for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 16, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ John H. Mathias, Jr.*
