# EXHIBIT A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-057

**Nos. 20-3124, 20-3501, 20-3594, 21-1038, 21-1039, 21-1061, 21-1106, 21-1107, 21-1109, 21-1175, 21-1240, 21-1294, 21-1315, & 21-1414**

Wilson v. USI Insurance Services LLC
Toppers Salon & Health Spa, Inc., v. Travelers Property Casualty Co. of America
4431, Inc., v. Cincinnati Insurance Cos.
LH Dining L.L.C. v. Admiral Indemnity Co.
Newchops Restaurant Comcast LLC v. Admiral Indemnity Co.
Boulevard Carroll Entertainment Group Inc. v. Firemans Fund Insurance Co.
Moody v. Twin City Fire Insurance Co.
ATCM Optical, Inc., v. Twin City Fire Insurance Co.
1 S.A.N.T., Inc., v. Berkshire Hathaway, Inc.
Independence Restaurant Group, LLC, v. Certain Underwriters at Lloyd's, London
Ultimate Hearing Solutions II, LLC, v. Twin City Fire Insurance Co.
Whiskey Flats Inc. v. Axis Insurance Co.
Eye Care Center of NJ, PA, v. Twin City Fire Insurance Co.
In the Park Savoy Caterers LLC v. Selective Insurance Group Inc.

Present:    AMBRO and SHWARTZ, Circuit Judges

(1)    Joint Motion by Appellants in Nos. 20-3124, 20-3594, 21-1038, 21-1039, 21-1106, 21-1107, 21-1109, & 21-1175 (and Joined by Appellant in No. 21-1294) to Consolidate Cases for the Purposes of Briefing, Argument, and Disposition

(2)    Joint Motion by Appellants in Nos. 20-3124, 20-3594, 21-1038, 21-1039, 21-1106, 21-1107, 21-1109, 21-1175, & 21-1294 to File Overlength Reply in Support of Consolidation Motion

(3)    Clerk's Listing for Possible Consolidation

(4)    All Responses, Supplemental Responses, and Replies to Consolidation Motion and Clerk's Listing for Possible Consolidation

Respectfully,
Clerk



<u>                              </u>ORDER<u>                                              </u>

The motions to consolidate filed or joined by some of the appellants and the motion to file an overlength reply are granted as follows:

These fourteen appeals are hereby consolidated before a single panel for scheduling and disposition.

Because the Court strongly disfavors redundant briefing, similarly situated parties are encouraged to file joint briefs. Briefs addressing a single appeal are limited to 8,000 words and may *not* adopt by reference arguments appearing in another brief. Briefs addressing more than one appeal may contain 16,000 words.

If a reply brief is filed, then Appellants who file a joint opening brief must file a joint reply brief. Reply briefs may contain half the amount of words allowed for opening briefs, 4,000 words when addressing only one appeal and 8,000 words when addressing multiple appeals.

The word limitations established by this order are peremptory. Motions to exceed them will not be granted.

The Clerk will simultaneously issue briefing schedules in these fourteen appeals once all required transcripts are filed.

The Clerk is directed to identify other similar appeals involving insurance coverage for business-interruption losses caused by the COVID-19 pandemic. The Clerk will stay any such appeals until the above-captioned appeals have been resolved or until further order. Any party to a stayed appeal may move to lift the stay if there is good cause for that appeal to immediately proceed.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: April 6, 2021
CJG/cc:        All Counsel of Record